## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*GMR Marketing, LLC*
Attn:   President/CEO
5000 South Towne Drive
New Berlin, TX 77092


_____
Mary E. Augustine (No. 4477)

619620v1